# Exhibit F

**RELEASE (400 MARKET)**

THIS RELEASE (400 MARKET) (this "**Release**") is dated as of March 5, 2025, by **KREF LENDING III LLC**, a Delaware limited liability company (together with its successors and assigns, "**Lender**").

WHEREAS, pursuant to that certain Loan Agreement, dated as of June 28, 2024, by and among KREF LENDING III LLC, a Delaware limited liability company (together with its successors and assigns, "**Lender**"), LAK BOURSE OWNER, LLC, a Delaware limited liability company (together with its permitted successors and permitted assigns, "**Bourse Fee Borrower**"), LAK BOURSE MASTER HTC LANDLORD, LLC, a Delaware limited liability company (together with its permitted successors and permitted assigns, "**Bourse Leasehold Borrower**", and together with Bourse Fee Borrower, collectively, "**Bourse Borrower**"), LAK 400 OWNER, LLC, a Delaware limited liability company (together with its permitted successors and permitted assigns, "**400 Market Fee Borrower**"), and LAK MARKET MASTER HTC LANDLORD, LLC, a Delaware limited liability company (together with its permitted successors and permitted assigns, "**400 Market Leasehold Borrower**", and together with 400 Market Fee Borrower, collectively, "**400 Market Borrower**"; Bourse Fee Borrower, Bourse Leasehold Borrower, 400 Market Fee Borrower and 400 Market Leasehold Borrower, jointly and severally, each, a "**Borrower**" and collectively, "**Borrower**") (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "**Loan Agreement**"), Lender made a loan to Borrower in the maximum aggregate principal amount of up to $83,700,000.00 (the "**Loan**"), which is evidenced and secured by the Loan Documents (as such term is defined in the Loan Agreement, the "**Loan Documents**"), including the Note (as such term is defined in the Loan Agreement, the "**Note**"). Capitalized terms used but not defined herein shall have the meaning ascribed thereto in the Loan Agreement;

WHEREAS, the Note is secured by, among other things, that certain Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing, dated as of June 26, 2024, made by Borrower for the benefit of Lender (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "**Mortgage**");

WHEREAS, pursuant to the Mortgage, 400 Market Fee Borrower mortgaged its fee interest in the 400 Market Street Property and 400 Market Leasehold Borrower mortgaged its leasehold interest in the 400 Market Street Property, in each case, to secure the payment of the Debt;

WHEREAS, pursuant to (i) that certain Pledge and Security Agreement and (ii) that certain Sole Member Guaranty, each dated as of June 26, 2024, made by LAK 400 Market Mezz, LLC, a Delaware limited liability company ("**400 Market Mezz Pledgor**") and LAK Market HTC MASTER LANDLORD MEZZ, LLC, a Delaware limited liability company ("**400 Market Master Landlord Pledgor**", and together with 400 Market Mezz Pledgor, collectively, the "**400 Market Borrower Pledgors**") for the benefit of Lender (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "**400 Market Pledge Agreement**" and the "**400 Market Pledge Agreement Guaranty**", respectively), the 400 Market Borrower Pledgors pledged their respective interests in the equity of the 400 Market Borrowers to secure the payment of the Debt guaranteed under the 400 Market Pledge Agreement Guaranty;

WHEREAS, pursuant to (i) that certain Pledge and Security Agreement, and (ii) that certain Sole Member Guaranty, each dated as of June 26, 2024, made by LAK Market ML MM, LLC, a

5003825854v6

Delaware limited liability company ("**400 Market Master Tenant Pledgor**", and together with the 400 Market Borrower Pledgors, collectively the "**400 Market Pledgors**") for the benefit of Lender (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "**400 Market Master Tenant Pledge**" and the "**400 Market Master Pledge Agreement Guaranty**", respectively), Master Tenant Pledgor pledged its interest in the equity of LAK Market Master Tenant, LLC, a Delaware limited liability company, to secure the payment of the Debt guaranteed under the 400 Market Master Pledge Agreement Guaranty;

WHEREAS, pursuant to that certain Guaranty of Recourse Obligations, dated as of June 26, 2024, made by Dean Adler ("**Individual Guarantor**") for the benefit of Lender (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "**Recourse Guaranty**"), Individual Guarantor guaranteed, amongst other things, certain recourse obligations caused by acts of 400 Market Obligors (as defined below);

WHEREAS, pursuant to that certain Guaranty of Payment, dated as of June 26, 2024, made by Individual Guarantor for the benefit of Lender (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "**400 Market Payment Guaranty**"), Individual Guarantor guaranteed the repayment of a portion of the Debt as more particularly set forth therein;

WHEREAS, pursuant to that certain  Environmental Indemnity Agreement, dated as of June 26, 2024, made by Borrower and DSA Guarantor, LLC ("**Entity Guarantor**", and together with Borrower, collectively, the "**Environmental Indemnitors**") for the benefit of Lender (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "**Environmental Indemnity**"), Environmental Indemnitors agreed, amongst other things, to indemnify Lender with respect to certain environmental matters relating to the 400 Market Street Property;

WHEREAS, pursuant to Section 2.9 of the Loan Agreement, Borrower may obtain the release of the 400 Market Street Property from the Lien of the Mortgage and the release of each of 400 Market Borrower and 400 Market Pledgors (each a "**400 Market Obligor**" and collectively, the "**400 Market Obligors**") from their respective obligations under the Loan Agreement, 400 Market Pledge Agreement, 400 Market Master Tenant Pledge Agreement, the 400 Market Pledge Agreement Guaranty, the 400 Market DACA and the 400 Market Master Pledge Agreement Guaranty, as applicable (all such documents, the "**Released Documents**"), provided that the conditions set forth in Section 2.9 of the Loan Agreement are satisfied;

WHEREAS, Borrower has satisfied the conditions listed in Section 2.9 of the Loan Agreement, and pursuant to, *inter alia*, that certain Partial Release of Mortgage, effective as of the date hereof and concurrently herewith, the 400 Market Street Property and related collateral has been released from the Lien of the Mortgage and the Lien of the applicable Pledge Agreements;

WHEREAS, Lender has agreed to release each of the 400 Market Obligors from its obligations under the Released Documents, and to release the applicable Guarantors in connection with the Release (as set forth in Section 2 hereof), in each case, on the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the foregoing, and of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby

acknowledged, Lender agrees as follows:

**1.** **RELEASE OF 400 MARKET OBLIGORS**. Lender hereby FOREVER RELEASES, ACQUITS, AND DISCHARGES 400 Market Obligors from any and all obligations arising under the Loan Documents, and from any and all obligations of 400 Market Obligors under the Released Documents, and in each case from any and all other claims, demands, actions, causes of actions, costs, expenses, and liabilities whatsoever arising thereunder, in each case known or unknown, whether originating in whole or in part prior to or subsequent to the date of this Release, except only to the extent the same by their express terms would survive the satisfaction, repayment or other termination of the Loan Documents.

**2.** **RELEASE OF GUARANTORS**.

(a) Lender hereby FOREVER RELEASES, ACQUITS, AND DISCHARGES Individual Guarantor from any and all obligations arising under the 400 Market Payment Guaranty.

(b) Lender hereby FOREVER RELEASES, ACQUITS, AND DISCHARGES Individual Guarantor from the "Guaranteed Obligations" under the Recourse Guaranty solely with respect to acts first taken by the 400 Market Obligors from and after the Release. For avoidance of the doubt, the foregoing release shall not include any obligation or liability under the Recourse Guaranty with respect to the Bourse Property or the Bourse Borrower, all of which obligations and liabilities shall survive and not be impaired by the granting of this Release by Lender.

(c) Lender hereby FOREVER RELEASES, ACQUITS, AND DISCHARGES Entity Guarantor from the any liabilities under the Environmental Indemnity solely with respect to acts first taken by the 400 Market Obligors from and after the Release. For avoidance of the doubt, the foregoing release shall not include any obligation or liability under the Environmental Indemnity with respect to the Bourse Property or the Bourse Borrower, all of which obligations and liabilities shall survive and not be impaired by the granting of this Release by Lender.

**3.** **RESCISSION**. Notwithstanding anything in this Release to the contrary, this Release shall be null and void, and the obligations of 400 Market Obligors, the Individual Guarantor and the Entity Guarantor under the Loan Documents shall automatically be reinstated and shall remain in full force and effect as if this Release never existed (without any further action by the parties hereto being necessary), in the event that, pursuant to any insolvency, bankruptcy, reorganization, receivership or other debtor relief law or any judgment, order or decision thereunder, Lender must refund the Release Price to Borrower.

**4.** **GOVERNING LAW**. This Release shall be deemed to be a contract entered into pursuant to the laws of the State of New York and shall in all respects be governed, construed, applied and enforced in accordance with applicable federal law and the laws of the State of New York, without reference or giving effect to any choice of law doctrine.

[Remainder of page is intentionally left blank.]

3

IN WITNESS WHEREOF, Lender has executed this Release as of the day and year first above written.

**LENDER**:

**KREF LENDING III LLC**,
a Delaware limited liability company

By: _____
      Name: Paul Fine
      Title:  Authorized Signatory

[Signature Page to Release (400 Market)]