# Exhibit G

eRecorded in Philadelphia PA   Doc Id: 54399206
03/06/2025 01:39 PM    Page 1 of 7    Rec Fee: $227.75
Receipt#: 25-18580
Records Department    Doc Code: R

Prepared by and Return to:

Klehr Harrison Harvey Branzburg LLP
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Attention: Edward J. Kuna, Esquire

OPA: 883012000

# **PARTIAL RELEASE OF MORTGAGE**

From

LAK BOURSE OWNER, LLC,
LAK BOURSE MASTER HTC LANDLORD, LLC
LAK 400 OWNER, LLC
LAK MARKET MASTER HTC LANDLORD, LLC

("Mortgagor")

To

KREF LENDING III LLC, a Delaware limited liability company

("Mortgagee")

To be effective as of March 5, 2025

Made as of March 3, 2025

11399563.v2

# WITNESSETH THAT

**WHEREAS**, by that certain OPEN-END FEE AND LEASEHOLD MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING dated as of June 26, 2024 and recorded on July 9, 2024 in the Department of Records for the City of Philadelphia, Philadelphia County, Pennsylvania at Document number 54317813 (the "Mortgage"), Mortgagor granted and conveyed to Mortgagee, its successors and assigns, the premises therein particularly described, to secure the payment of that certain debt or principal sum therein referred to, with interest; and

**WHEREAS**, the Mortgagor has requested the Mortgagee to release the premises hereinafter described, being a part of said mortgaged premises, from the lien and operation of the Mortgage.

**NOW, THEREFORE**, the Mortgagee in consideration of the premises and the sum of One Dollar ($1.00) and other valuable consideration, to it in hand paid by the Mortgagor at the time of the execution hereof, the receipt whereof is hereby acknowledged, has remised, released, quit-claimed, exonerated and discharged, and by these presents does remise, release, quit-claim, exonerate and discharge unto the Mortgagor, its successors and assigns,

## SEE ATTACHED EXHIBIT "A" FOR DESCRIPTION
## OF PROPERTY RELEASED

**TO HOLD**, the same with the appurtenances unto the Mortgagor, its successors and assigns forever freed, exonerated and discharged of and from the lien of the Mortgage, and every part thereof.

**PROVIDED, FURTHER,** that Mortgagee hereby authorizes Mortgagor to amend the Uniform Commercial Code financing statement attached hereto as Exhibit "B" to delete the property released hereby from the collateral described thereon.

**PROVIDED, ALWAYS, NEVERTHELESS,** that nothing herein contained shall in anywise affect, alter or diminish the lien or encumbrance of the Mortgage on the remaining part of said mortgaged premises, or the remedies at law for recovering thereout or against the Mortgagor, its successors and assigns, the aforesaid principal sum, with interest secured by the Mortgage.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

-2-

11399563.v2

IN WITNESS WHEREOF, Mortgagee has caused this instrument to be duly executed and attested, effective as of the date first above-written.

MORTGAGEE:

KREF LENDING III LLC, a Delaware limited liability company

By: _____

Name: Paul Fine

Title: Authorized signatory

STATE OF _NEW YORK_____ )
                                                       ) ss:
COUNTY OF NEW YORK_____ )

On this, the 3rd day of March 2025, before me, a Notary Public, the undersigned officer, personally appeared PAUL FINE, who acknowledged themself to be an authorized signatory of KREF LENDING III, LLC, a Delaware limited liability company, and such person, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of said company as such authorized signatory.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

[Notarial Seal]

My commission expires: SEPT. 26, 2026

GAIL ALEXANDER
Notary Public - State of New York
NO. 01AL6441445
Qualified in Kings County
My Commission Expires Sep 26, 2026

-3-

11399563.v2

## EXHIBIT "A"

## PROPERTY TO BE RELEASED

The Land referred to herein below is situated in the County of Philadelphia, Commonwealth of Pennsylvania, and is described as follows:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE in the City of Philadelphia, described in accordance with a Survey and Plan of Property made for the Ludlow Fourth Company by Barton and Martin Engineers dated 02/23/1998, last revised 01/11/2001, as follows:

BEGINNING at a point marking the intersection of the South side of Market Street (100 feet wide) and the West side of 4th Street (68.21 feet wide); thence extending along the said side of 4th Street in a Southerly direction 113 feet 3 inches to a point on the intersection of the West side of 4th Street and the North side of Ludlow Street (28.75 feet wide); thence extending along the said side of Ludlow Street in a Westerly direction 163 feet 11-1/4 inches to a point; thence extending in a Northerly direction at right angles to Ludlow Street and Market Street and along the West face of a wall 113 feet 3 inches to a point on the South side of Market Street; thence extending along the said side of Market Street in an Easterly direction 165 feet 4-1/4 inches to the first mentioned point and place of BEGINNING.

BEING known as 400 Market Street.

OPA NO. 883012000

BEING the same premises which KREF Lending III LLC, a Delaware limited liability company, by Deed dated 06/27/2024 and recorded 07/09/2024 in the Office of the Recorder of Deeds in and for the County of Philadelphia in Document No. 54317810, granted and conveyed unto LAK 400 Owner, LLC, a Delaware limited liability company.

–4–

11399563.v2

# EXHIBIT "B"

## UCC FINANCING STATEMENT

11399563.v2

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**Print**   **Reset**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**54317815**

1b. [✓] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

3. [ ] ASSIGNMENT:  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

4. [ ] CONTINUATION:  Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5.    PARTY INFORMATION CHANGE:

Check one of these two boxes:

This Change affects [ ] Debtor or [ ] Secured Party of record

AND  Check one of these three boxes to:
[ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
[ ] ADD name: Complete item 7a or 7b, and item 7c
[ ] DELETE name: Give record name to be deleted in item 6a or 6b

6.  CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **LAK 400 OWNER, LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

7.  CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8.    COLLATERAL CHANGE:    Check only one box:    [ ] ADD collateral   [✓] DELETE collateral   [ ] RESTATE covered collateral   [ ] ASSIGN* collateral

Indicate collateral:    *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

The real property described on Exhibit A attached hereto is hereby deleted from the original filing. The definition of the term "Land", as used in the original filing, shall no longer include the property described in Exhibit A attached hereto, and the collateral shall no longer include such real property or any "Property" (as defined in the original filing) relating thereto.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **KREF LENDING III LLC** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
08467-0604 Philadelphia County

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
**54317815**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME
**KREF LENDING III LLC**

OR

12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME
**LAK MARKET MASTER HTC LANDLORD, LLC**

OR

| 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

14. ADDITIONAL SPACE FOR (CHECK ONE BOX):  ☐ ITEM 8 (Collateral)  OR  ☐ OTHER INFORMATION (Please Describe)

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

17. Description of real estate:
**See Exhibit A attached hereto.**

18. MISCELLANEOUS: