# Exhibit H

KKR Loan No. 2666001

**ALLONGE**

This Allonge is attached to and forms a part of that certain Promissory Note (the "**Note**"), dated as of June 28, 2024 made by **LAK Bourse Owner, LLC**, a Delaware limited liability company ("**Bourse Fee Borrower**"), **LAK Bourse Master HTC Landlord, LLC**, a Delaware limited liability company ("**Bourse Leasehold Borrower**"), **LAK 400 Owner, LLC**, a Delaware limited liability company ("**400 Market Fee Borrower**"), and **LAK Market Master HTC Landlord, LLC**, a Delaware limited liability company ("**400 Market Leasehold Borrower**", and together with Bourse Fee Borrower, Bourse Leasehold Borrower and 400 Market Fee Borrower, together with their respective permitted successors and permitted assigns, jointly and severally, each, a "**Borrower**" and collectively, "**Borrower**"), in the maximum principal sum of $83,700,000.00, to **KREF LENDING III LLC**, a Delaware limited liability company (successor-in-interest to KREF Capital LLC) ("**Assignor**").

Pay to the order of **KREF CAPITAL LLC**, a Delaware limited liability company ("**Assignee**"), without any recourse to or representation or warranty, express or implied.

Dated as of the 19th day of December, 2025.

[Remainder of page intentionally left blank; signature page follows]

107537277.4

**KREF LENDING III LLC,**
a Delaware limited liability company

By: _____

Name: Patrick Mattson
Title: Authorized Signatory

[Signature Page to Allonge]