# Exhibit I

KKR Loan No. 2666001

eRecorded in Philadelphia PA   Doc Id: 54503787
12/24/2025 09:40 AM    Page 1 of 7    Rec Fee: $263.75
Receipt#: 25-108700
Records Department   Doc Code: DM

PREPARED BY AND
UPON RECORDATION RETURN TO:

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
Attention: Eric Meer, Esq.

## ASSIGNMENT AND ASSUMPTION OF INTEREST UNDER OPEN-END FEE AND LEASEHOLD MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING

Dated as of the 18ᵗʰ day of December, 2025 but effective as of the 19ᵗʰ day of December, 2025.

FOR VALUE RECEIVED, **KREF LENDING III LLC**, a Delaware limited liability company ("**Assignor**"), assigns, conveys, grants, sets over and transfers to **KREF CAPITAL LLC**, a Delaware limited liability company ("**Assignee**"), all of Assignor's right, title and interest, if any, in and to that certain Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing made by **LAK Bourse Owner, LLC**, a Delaware limited liability company ("**Bourse Fee Borrower**"), **LAK Bourse Master HTC Landlord, LLC**, a Delaware limited liability company ("**Bourse Leasehold Borrower**"), **LAK 400 Owner, LLC**, a Delaware limited liability company ("**400 Market Fee Borrower**"), and **LAK Market Master HTC Landlord, LLC**, a Delaware limited liability company ("**400 Market Leasehold Borrower**", and together with Bourse Fee Borrower, Bourse Leasehold Borrower and 400 Market Fee Borrower, together with their respective permitted successors and permitted assigns, jointly and severally, each, a "**Borrower**" and collectively, "**Borrower**"), to Assignor, dated as of June 26, 2024 to be effective as of June 28, 2024, and recorded on July 9, 2024 in the land records of Philadelphia County, Commonwealth of Pennsylvania as Document ID: 54317813 (the "**Security Instrument**"), such Security Instrument encumbering premises described therein located in Philadelphia County, Commonwealth of Pennsylvania, as more particularly described in Exhibit A attached hereto;

TOGETHER WITH all of Assignor's right, title and interest, if any, in and to all notes and contracts described or referred to in the Security Instrument, all guarantees of the Security Instrument, all assumptions of the Security Instrument, the money due and to become due thereon with interest and all contract rights accrued or to accrue under the Security Instrument.

Assignee assumes all liabilities and obligations of Assignor arising under the Security Instrument on and after the date hereof.

107537280.4

This Assignment and Assumption of Interest Under Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (this "**Assignment and Assumption**") will be binding on and inure to the benefit of Assignor and Assignee and their respective successors and assigns.

This Assignment and Assumption is made without recourse to or any representation or warranty, express or implied.

[SIGNATURE PAGE FOLLOWS]

107537280.4

This Assignment and Assumption may be executed in one or more counterparts, each of which when so executed and delivered shall be deemed an original, but all of which taken together shall constitute but one and the same instrument.

**KREF LENDING III LLC,**
a Delaware limited liability company

By: _____

Name: Patrick Mattson
Title: Authorized Signatory

## ACKNOWLEDGMENT

STATE OF New York )

COUNTY OF New York )

On the 1st day of December in the year 2025 before me, the undersigned, a Notary Public in and for said State, personally appeared PATRICK MATTSON, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

(Notarial Seal)

_____
Notary Public

[Signature Page to Assignment of Mortgage]

**KREF CAPITAL LLC,**
a Delaware limited liability company

By: _____

Name: Patrick Mattson
Title: Authorized Signatory

## ACKNOWLEDGMENT

STATE OF <u>New York</u>        )
                                )
COUNTY OF <u>New York</u>       )

      On the <u>18'</u> day of <u>December</u> in the year 2025 before me, the undersigned, a Notary Public in and for said State, personally appeared <u>Patrick Mattson</u>, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

(Notarial Seal)



KATHERINE M F GROHSGAL
NOTARY
NO. 01GR6445259
QUALIFIED IN
NEW YORK COUNTY
COMM. EXP.
12·12·26
STATE PUBLIC OF NEW YORK

_____
Notary Public

[Signature Page to Assignment of Mortgage]

## EXHIBIT A

## LEGAL DESCRIPTION

Tract 1

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE in the 5th Ward of the City of Philadelphia, Commonwealth of Pennsylvania described in accordance with a Survey and Plan of Property made for the Ludlow Fourth Company by Barton and Martin Engineers dated 02/23/1998, last revised 01/11/2001, as follows:

BEGINNING at a point marking the intersection of the South side of Market Street (100 feet wide) and the West side of 4th Street (68.21 feet wide); thence extending along the said side of 4th Street in a Southerly direction 113 feet 3 inches to a point on the intersection of the West side of 4th Street and the North side of Ludlow Street (28.75 feet wide); thence extending along the said side of Ludlow Street in a Westerly direction 163 feet 11-1/4 inches to a point; thence extending in a Northerly direction at right angles to Ludlow Street and Market Street and along the West face of a wall 113 feet 3 inches to a point on the South side of Market Street; thence extending along the said side of Market Street in an Easterly direction 165 feet 4-1/4 inches to the first mentioned point and place of BEGINNING.

BEING 400 Market Street, Philadelphia, Pennsylvania 19106

BEING OPA No. 883012000

BEING the same premises which 400 Market L.P., a Pennsylvania limited partnership, by Deed in Lieu of Foreclosure dated 05/03/2023, effective as of 12/22/2023 and recorded 01/09/2024 in Philadelphia County at Document No. 54259567, granted and conveyed unto KREF Lending III, LLC, a Delaware limited liability company {as successor in interest to KREF Capital LLC, a Delaware limited liability company}, in fee.

Tract 2

PREMISES A

ALL THAT CERTAIN land, property and space with the improvements thereon, SITUATE in the 5th Ward of the City of Philadelphia, Commonwealth of Pennsylvania, located at and beneath the plane formed by the top of a slab forming the floor of the former 3rd floor now the existing 5th floor, the top of which slab has an elevation of 69.39 feet above City Datum, being within and bounded by surfaces formed by projecting vertically between the aforesaid planes, the boundaries of a parcel of land bounded and described with dimensions on the surface of earth, in accordance with a Survey and Plan of Property made by Surveyor and Regulator of the 3rd Survey District, as follows, to wit:

BEGINNING at a point of intersection formed by the Easterly side of 5th Street (variable width) and the Southerly side of Ludlow Street (28.75 feet wide), thence extending Eastwardly along

107537280.4

the said Southerly side of Ludlow Street the distance of 362.57 feet to a point on the Westerly side of 4th Street (variable width), thence extending Southwardly along the said Westerly side of 4th Street 131.82 feet to a point on the Northerly side of Ranstead Street (Variable Width), thence Westwardly along the said Northerly side of Ranstead Street 362.37 feet to a point on the said Easterly side of 5th Street, thence Northwardly along the said Easterly side of 5th Street 131.82 feet to a point on the Southerly side of Ludlow Street being the first mentioned point and place of BEGINNING.

TOGETHER with a permanent and perpetual right and easement for support and access in favor of the parcel described as follows:

ALL THAT CERTAIN LAND, property and space with the improvements thereon, SITUATE in the 5th Ward of the City of Philadelphia, Commonwealth of Pennsylvania, located at and above the plane formed by the top of a slab forming the floor of the former 3rd floor now the existing 5th floor, the top of which slab has an elevation of 69.39 feet above City Datum, being within and bounded by surfaces formed by projecting vertically between the aforesaid planes, the boundaries of a parcel of land bounded and described with dimensions on the surface of earth in accordance with a Survey and Plan of property prepared by Barton and Martin, Engineers, dated May 26, 1998, and revised June 22, 1998 as follows, to wit:

BEGINNING at a point of intersection formed by the Easterly side of 5th Street (variable width) and the Southerly side of Ludlow Street (28.75 feet wide), thence extending Eastwardly along the said Southerly side of Ludlow Street the distance of 362.37 feet to a point on the Westerly side of 4th Street (variable width), thence Southwardly along the said Westerly side of 4th Street 131.82 feet to a point on the Northerly side of Ranstead Street (variable width), thence Westwardly along said Northerly side of Ranstead Street 362.37 feet to a point on the said Easterly side of 5th Street, thence Northwardly along the said Easterly side of 5th Street 131.82 feet to a point on the Southerly side of Ludlow Street being the first mentioned point and place of BEGINNING.

BEING 111 South Independence Mall East A, Philadelphia, Pennsylvania 19106

PREMISES B

ALL THAT CERTAIN land, property and space with the improvements thereon, SITUATE in the 5th Ward of the City of Philadelphia, Commonwealth of Pennsylvania, located at and above the plane formed by the top of a slab forming the floor of the former 3rd floor now the existing 5th floor, the top of which slab has an elevation of 69.39 feet above City Datum, being within and bounded by surfaces formed by projecting vertically between the aforesaid planes, the boundaries of a parcel of land bounded and described with dimensions on the surface of earth, in accordance with a Survey and Plan of Property made by Surveyor and Regulator of the 3rd Survey District, as follows, to wit:

BEGINNING at a point of intersection formed by the Easterly side of 5th Street (variable width) and the Southerly side of Ludlow Street (28.75 feet wide), thence extending Eastwardly along the said Southerly side of Ludlow Street the distance of 362.57 feet to a point on the Westerly

side of 4th Street (variable width), thence extending Southwardly along the said westerly side of 4th Street 131.82 feet to a point on the Northerly side of Ranstead Street (variable width), thence Westwardly along the said Northerly side of Ranstead Street 362.37 feet to a point on the said Easterly side of 5th Street, thence Northwardly along the said Easterly side of 5th Street 131.82 feet to a point on the Southerly side of Ludlow Street being the first mentioned point and place of BEGINNING.

TOGETHER with a permanent and perpetual right and easement for support and access in favor of the parcel described as follows:

ALL THAT CERTAIN LAND, property and space with the improvements thereon.

SITUATE in the 5th Ward of the City of Philadelphia, Commonwealth of Pennsylvania, located at and below the plane formed by the top of a slab forming the floor of the former 3rd floor now the existing 5th floor, the top of which slab has an elevation of 69.39 feet above City Datum, being within and bounded by surfaces formed by projecting vertically between the aforesaid planes, the boundaries of a parcel of land bounded and described with dimensions on the surface of earth in accordance with a Survey and Plan of property prepared by Barton and Martin, Engineers, dated May 26, 1998, and revised June 22, 1998 as follows, to wit:
BEGINNING at a point of intersection formed by the Easterly side of 5th Street (variable width) and the Southerly side of Ludlow Street (28.75 feet wide), thence extending Eastwardly along the said Southerly side of Ludlow Street the distance of 362.37 feet to a point on the Westerly side of 4th Street (variable width), thence Southwardly along the said Westerly side of 4th Street 131.82 feet to a point on the Northerly side of Ranstead Street (variable width), thence Westwardly along said Northerly side of Ranstead Street 362.37 feet to a point on the said Easterly side of 5th Street, thence Northwardly along the said Easterly side of 5th Street 131.82 feet to a point on the Southerly side of Ludlow Street being the first mentioned point and place of BEGINNING.

BEING 111 South Independence Mall East B, Philadelphia, Pennsylvania 19106
Together with those certain beneficial easements set forth in that certain Trash Compactor Easement Agreement to be duly recorded. (For the benefit of Mall East B only)

BEING OPA Nos. 883101010 (A) and 883101510 (B)

BEING AS TO PREMISES A the same premises which Bourse Mall Associates, l.P., a Pennsylvania limited partnership, by Deed in Lieu of Foreclosure dated 05/03/2023 and recorded 01/09/2024 in Philadelphia County at Document No. 54259569, granted and conveyed unto KREF Lending III LLC, a Delaware limited liability company, in fee.

BEING AS TO PREMISES B the same premises which Bourse Tower Associates, L.P., a Pennsylvania limited partnership, by Deed in Lieu of Foreclosure dated 05/03/2023 and recorded 01/09/2024 in Philadelphia County at Document No. 54259570, granted and conveyed unto KREF Lending III LLC, a Delaware limited liability company, in fee.