**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KREF CAPITAL LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LAK BOURSE OWNER, LLC, and LAK BOURSE MASTER HTC LANDLORD, LLC,**<br><br>**Defendants.** | : : : : : : : : : : | **CIVIL ACTION**<br><br>**NO. 2:26-cv-05284-CFK** |

**NOTICE OF DISMISSAL**

Plaintiff hereby voluntarily dismisses this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: October 12, 2026

*/s/ Raymond A. Quaglia*
Raymond A. Quaglia
Brian N. Kearney
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
quaglia@ballardspahr.com
kearneyb@ballardspahr.com

Counsel for Plaintiff